**Order entered August 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00797-CV

## IN RE GEARBOX SOFTWARE, LLC AND RANDALL PITCHFORD, II
## Relators

Original Proceeding from the 162nd District Court
Dallas County, Texas
Trial Court Cause No. DC-18-19179

## ORDER
Before Justices Bridges, Carlyle, and Osborne

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of

mandamus.

> /s/     CORY CARLYLE
>          JUSTICE